

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00110-CR

Juan **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9972-W1
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 25, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

Michael A. Cruz, Clerk of Court